No. 633. CROSBY VALVE & GAGE CO., FORMERLY CROSBY STEAM GAGE & VALVE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Matthew Brown* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Harry Baum* and *Albert J. Beveridge III* for respondent.

No. 643. AGAJAN ET AL. *v.* CLARK, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *A. Noble McCartney* for petitioners. *Acting Solicitor General Spritzer* for respondent.

No. 644. FROHMANN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Albert J. Haller* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 646. HELMSLEY *v.* CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied. *James P. Mattimoe* for petitioner. *Julius C. Pliskow* for City of Detroit et al., and *Aloysius J. Suchy* and *William F. Koney* for County of Wayne et al., respondents.

No. 650. MANION *v.* HOLZMAN ET AL. C. A. 7th Cir. Certiorari denied. *Francis D. Morrissey* for petitioner.

No. 651. GLADSTONE ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied. *Morris Weissberg* for petitioners. *J. Lee Rankin* and *Stanley Buchsbaum* for respondent.